1    Alexander M. Schack, Esq. (CA Bar No. 99126)
2    Natasha N. Serino, Esq. (CA Bar No. 284711)
     Shannon F. Nocon, Esq. (CA Bar No. 316523)
3    **SCHACK LAW GROUP**
4    16870 West Bernardo Drive, Suite 400                    **JS-6**
     San Diego, CA  92127
5    Tel: (858) 485-6535 Fax: (858) 485-0608
6    alexschack@schacklawgroup.com
     natashaserino@schacklawgroup.com
7    shannonnocon@schacklawgroup.com
8
     Derek Gilliland, Esq. (TX Bar No. 24007239)
9    John C. Hull, Esq. (TX Bar No. 24050791)
10   **SOREY, GILLILAND & HULL, LLP**
     109 W. Tyler St.
11   Longview, TX 75601
12   Tel: (903) 212-2822  Fax: (903) 212-2864
     derek@soreylaw.com
13   john@soreylaw.com
14   **Admitted *Pro Hac Vice***
15   Timothy Micah Dortch, Esq. (TX Bar No. 24044981)
16   **POTTS LAW FIRM**
     2911 Turtle Creek Blvd., #1000
17   Dallas, TX 75219
18   Tel: (214) 396-9429
     mdortch@potts-law.com
19   **Admitted *Pro Hac Vice***
20
     Attorneys for Plaintiffs
21
22              **UNITED STATES DISTRICT COURT**
23          **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
24
25
26
27
28
                              - 1 -

| | |
|---|---|
| RONNIE DILLARD, Individually and On Behalf of All Others Similarly Situated, | CASE NO.: 8:20-cv-00624 MWF |
| Plaintiffs, | Hon. Michael W. Fitzgerald |
| v. | **ORDER OF DISMISSAL** |
| INVITRX THERAPEUTICS, INC. and HABIB TORFI, and Does 1-10, Inclusive | |
| Defendants. | |

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITHOUT PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated: _September 25_, 2020

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE